**Opinion filed August 20, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00241-CR

_____

## ROGER DALE BRECHEEN, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**

**Taylor County, Texas**

**Trial Court Cause No. 23302A**

### M E M O R A N D U M   O P I N I O N

The jury convicted Roger Dale Brecheen of murder, found both enhancement allegations to be true, and assessed his punishment at confinement for forty-eight years. We dismiss for want of jurisdiction.

The trial court imposed the sentence in open court on March 26, 2009. A motion for new trial was timely filed. Therefore, the notice of appeal was due to filed on or before June 24, 2009, ninety days after the date the sentence was imposed in open court. TEX. R. APP. P. 26.2. Appellant

filed his notice of appeal on July 24, 2009, 120 days after the date the sentence was imposed. A motion for extension of time has not been filed in this court. TEX. R. APP. P. 26.3.

On July 27, 2009, the clerk of this court wrote the parties advising them that it appeared that an appeal had not been timely perfected. There has been no response to our July 27 letter.

Absent a timely notice of appeal or the granting of a timely motion for extension of time, this court does not have jurisdiction to entertain an appeal. *Slaton v. State*, 981 S.W.2d 208, 209-10 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-24 (Tex. Crim. App. 1996); *Rodarte v. State*, 860 S.W.2d 108, 109-10 (Tex. Crim. App. 1993); *Shute v. State*, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988). Therefore, the appeal is dismissed for want of jurisdiction.

PER CURIAM

August 20, 2009

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.